UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

### FIRST MODIFIED CHAPTER 13 PLAN

IN RE:                          )
ROBERT L. VIGLIOTTA            )       Case No. 10-12857 BLS
ELEANOR C. VIGLIOTTA,          )       Chapter 13
                Debtors.        )

### NOTICE TO ALL CREDITORS THAT THIS PLAN AND ALL OF ITS PROVISIONS ARE SUBJECT TO DEL.BANKR.L.R. 3023-1

1.    The future earnings of the debtor are submitted to the supervision and control of the court and the debtor (or debtor's employer) shall pay to the trustee the sum of **$413.00 for the remaining sixteen (16) months.**

2.    From the payment so received, after deduction of allowed trustee's commission, the trustee shall make disbursements as follows:

(a)    Full payment in deferred cash payments of all claims entitled to priority under 11 U.S.C. Section 507.

(1)    Debtor's Counsel Fees: $1905.00; Attorney fees to be paid prior to other disbursements. **The First Modified Plan includes additional attorney's fees in the amount of $500.00.**

(2)    Priority Taxes: 1) IRS in the amount of $4,419.00 for 2008 taxes; 2) State of Delaware in the amount of $320.00 for 2009 income taxes; 3) Delaware College of Art and Design in the amount of $2415.00 for an educational loan; 4) New Castle County in the amount of $647.00 for 2010 sewer service; 5) New Castle County in the amount of $1429.00 for 2010 property taxes; 6) U.S. Department of Education in the amount of $6782.00 for an educational loan.

(b)    Pro rata with dividends to priority creditors, holders of allowed secured claims shall retain the liens securing such claims and shall be paid as follows:

(**1a**) **Long term or mortgage debt- (A)  Long term or mortgage debt -PRE-PETITION ARREARAGE ONLY, to be paid to Beneficial Mortgage on the 1st  mortgage $0.00 (total amount of pre-petition arrears for property located at 106 W. Shady Drive, Newark, DE).  Regular payments to be made directly by the debtor beginning October 2010. This Section of the Plan specifically incorporates all of the provisions affecting mortgage claims as set forth in Del. Bankr. L.R. 3023-1(b) and the parties shall be so governed.**

### FIRST MODIFIED CHAPTER 13 PLAN

```
IN RE:                          )
ROBERT L. VIGLIOTTA             )    Case No. 10-12857 BLS
ELEANOR C. VIGLIOTTA,           )    Chapter 13
            Debtors.           )
```

**(2a)   Secured debt – Surrender - secured collateral to:  Orange Lake Country Club for a timeshare located at 8505 W. Irlo Bronson Hwy, Unit 7, Kissimee, FL.   Debtor(s) abandons such property and agrees that the Automatic Stay under 11 U.S.C. Section  362 is terminated as to the property and any interest in the property. Claims, if any submitted by such creditor may receive a distribution under the Plan if such claims reflect an applicable deficiency balance remaining following surrender.**

**(2b)   Secured debt – Surrender - secured collateral to:  Orange Lake Country Club for a timeshare located at 8505 W. Irlo Bronson Hwy, Unit 50, Kissimee, FL.   Debtor(s) abandons such property and agrees that the Automatic Stay under 11 U.S.C. Section  362 is terminated as to the property and any interest in the property. Claims, if any submitted by such creditor may receive a distribution under the Plan if such claims reflect an applicable deficiency balance remaining following surrender.**

(3)   Other secured debt(s) to be treated as follows: N/A.

**(4)   Subsequent to dividends to priority and secured creditors, dividends to allowed non-priority general unsecured creditors shall be distributed as follows:**

> **General unsecured creditors will be paid [ X ] a pro-rata dividend, if any.**

3.   (If applicable) The following leases or executory contracts of the debtor will be treated as follows: Debtors assume the GMAC lease for a 2006 Saturn Vue.  Payments shall be direct and concurrent with the Plan.

4.   **Title to Debtor's property shall revest in the Debtor on confirmation of the Plan, except for undistributed plan payments held by the Trustee.   Upon conversion of this case to Chapter 7, or dismissal, the Trustee is authorized to disburse undistributed plan payments to allowed claimants in accordance with this Plan.**

5.   A proof of claim must be filed in order to share in distribution under the plan.  Proofs of claim in duplicate shall be delivered or mailed to Clerk, United States Bankruptcy Court, 824 Market Street, Wilmington, DE 19899.  (Copies should be mailed to Nina Pappoulis, Esquire, 2072 Limestone Road, Wilmington, DE 19808).

Dated: 8/3/2014                          /s/ Robert Vigliotta
                                         Debtor's signature


                                         /s/ Eleanor Vigliotta
                                         Debtor's signature


/s/Christina Pappoulis, Esquire
Attorney for Debtor