IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF DELAWARE

IN RE:

ELEANOR C. VIGLIOTTA
ROBERT VIGLIOTTA
Debtors.

: Bk. Case No: 10-12857 (BLS)
:
:
: Chapter 13

## ORDER

AND NOW, this 15th day of March, 2016, after appropriate notice and hearing of the Chapter 13 Trustee's Interim Account, Declaration of Full Performance, and Request for Discharge of Debtors and Entry of Order Deeming any Mortgage Current,

**IT IS ORDERED,** that the Interim Account is approved and the Debtors are entitled to a Discharge; and

**IT IS FURTHER ORDERED,** that the Debtors are deemed current on all applicable mortgage claims as of the date of the Interim Account; and

**IT IS FURTHER ORDERED,** that pursuant to 11 U.S.C. Sec. 1328(a)(1) the Debtors shall not be discharged from applicable mortgage claims if any due after the date of the Interim Account.

_____
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
FOR THE
DISTRICT OF DELAWARE

RE: ELEANOR C. & ROBERT VIGLIOTTA
106 SHADY DRIVE W.  Case No.: 10-12857 BLS-13
NEWARK, DE 19713

# INTERIM REPORT

DATED: February 11, 2016
COMPLETE (HOLD TO CLEAR)

Pursuant to Federal Rule of Bankruptcy Procedure 2015 (c), your trustee has maintained a detailed record of all receipts, including the source or other identification of each receipt and of all disbursements. A summary of these detailed records is set forth below:

RECEIPTS: Amount paid to the Trustee by or for the Debtor for benefit of the creditors. $22017.55

| CLAIM NUMBER | CREDITOR'S NAME | CLASSIFICATION | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|---|---|
| 001 | AMERICAN INFOSOURCE LP | UNSECURED | 701.09 | 0.00 | 0.00 | 0.00 |
| 002 | AMERICAN INFOSOURCE LP | UNSECURED | 354.81 | 0.00 | 0.00 | 0.00 |
| 003 | NEW CASTLE COUNTY/LAW | PRIORITY | 943.77 | 943.77 | 0.00 | 0.00 |
| 006 | NEW CASTLE COUNTY/LAW | PRIORITY | 427.37 | 427.37 | 0.00 | 0.00 |
| 007 | DELL FINANCIAL SERVICES | UNSECURED | 1825.59 | 0.00 | 0.00 | 0.00 |
| 008 | NINA PAPPOULIS, ESQUIRE | ATTORNEY FEES | 1905.00 | 1905.00 | 0.00 | 0.00 |
| 009 | CALIBER HOME LOANS, INC. | DIRECT | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | AMERICAN INFOSOURCE LP | UNSECURED | 500.38 | 0.00 | 0.00 | 0.00 |
| 011 | AMERICAN INFOSOURCE LP | UNSECURED | 463.58 | 0.00 | 0.00 | 0.00 |
| 012 | US DEPARTMENT OF EDUCATION | PRIORITY | 6781.30 | 6781.30 | 0.00 | 0.00 |
| 012 | US DEPARTMENT OF EDUCATION | DUPLICATE CLAIM | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | INTERNAL REVENUE SERVICE | PRIORITY | 4418.89 | 4418.89 | 0.00 | 0.00 |
| 013 | INTERNAL REVENUE SERVICE | UNSECURED | 1475.00 | 0.00 | 0.00 | 0.00 |
| 014 | PRA RECEIVABLES MGMT. | UNSECURED | 2302.80 | 0.00 | 0.00 | 0.00 |
| 015 | ALLY FINANCIAL | DIRECT | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | ORANGE LAKE COUNTRY CLUB | SURRENDERED | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | DELAWARE DIVISION OF REVENUE | UNSECURED | 44.04 | 0.00 | 0.00 | 0.00 |

Claims continued on next page

| | |
|---|---|
| REFUND CLOSED CASE | 158.75 |
| ADDITIONAL ATTORNEY FEES | 500.00 |
| TRUSTEE COMMISSION | 1099.02 |
| PRIORITY | 15253.80 |
| ATTORNEY FEES | 1905.00 |
| REFUND OTHER | 3100.98 |
| TOTAL DISBURSEMENTS | 22017.55 |

ATTORNEY : NINA PAPPOULIS, ESQUIRE
DATE FILED : 09-13-10
DATE CONFIRMED : 12-20-10
DATE TERMINATED :

/s/ Michael B. Joseph
TRUSTEE

Additional Schedule of Claims

| CLAIM NUMBER | CREDITOR'S NAME | CLASSIFICATION | AMOUNT ALLOWED | AMOUNT PAID PRINCIPAL | INTEREST | BALANCE DUE |
|---|---|---|---|---|---|---|
| 017 | ORANGE LAKE COUNTRY CLUB | SURRENDERED | 0.00 | 0.00 | 0.00 | 0.00 |
| 018 | PALISADES ACQUISITION | UNSECURED | 79.88 | 0.00 | 0.00 | 0.00 |
| 019 | PRA RECEIVABLES MGMT. | UNSECURED | 5900.15 | 0.00 | 0.00 | 0.00 |
| 020 | PRA RECEIVABLES MGMT. | UNSECURED | 444.16 | 0.00 | 0.00 | 0.00 |
| 021 | PRA RECEIVABLES MGMT. | UNSECURED | 1195.06 | 0.00 | 0.00 | 0.00 |
| 022 | PRA RECEIVABLES MGMT. | UNSECURED | 425.95 | 0.00 | 0.00 | 0.00 |
| 023 | PRA RECEIVABLES MGMT. | UNSECURED | 906.54 | 0.00 | 0.00 | 0.00 |
| 024 | PRA RECEIVABLES MGMT. | UNSECURED | 665.09 | 0.00 | 0.00 | 0.00 |
| 025 | PRA RECEIVABLES MGMT. | UNSECURED | 968.02 | 0.00 | 0.00 | 0.00 |
| 026 | DELAWARE DIVISION OF REVENUE | PRIORITY | 267.47 | 267.47 | 0.00 | 0.00 |
| 026 | DELAWARE DIVISION OF REVENUE | UNSECURED | 44.04 | 0.00 | 0.00 | 0.00 |
| 027 | PRA RECEIVABLES MGMT. | UNSECURED | 2083.26 | 0.00 | 0.00 | 0.00 |
| 028 | VANDA, LLC | UNSECURED | 940.28 | 0.00 | 0.00 | 0.00 |
| 029 | SEVENTH AVENUE | UNSECURED | 286.60 | 0.00 | 0.00 | 0.00 |
| 030 | eCAST SETTLEMENT CORPORATION | UNSECURED | 204.57 | 0.00 | 0.00 | 0.00 |
| 031 | eCAST SETTLEMENT CORPORATION | UNSECURED | 335.71 | 0.00 | 0.00 | 0.00 |
| 032 | MIDLAND FUNDING, LLC | UNSECURED | 2726.91 | 0.00 | 0.00 | 0.00 |
| 033 | DELAWARE COLLEGE OF ART & DESIGN | LEFT26-STATUS@ | 2415.00 | 2415.00 | 0.00 | 0.00 |
| 034 | NINA PAPPOULIS, ESQUIRE | ADDITIONAL ATTORNEY FEES | 500.00 | 500.00 | 0.00 | 0.00 |
| 035 | DLJ MORTGAGE CAPITAL | DIRECT | 0.00 | 0.00 | 0.00 | 0.00 |
| 036 | NEW YORK STATE DEPARTMENT | CLAIM FILED LATE | 0.00 | 0.00 | 0.00 | 0.00 |
| 100 | FINGERHUT CORPORATION | NOT FILED UNSECURED | 0.00 | 0.00 | 0.00 | 0.00 |
| 101 | FOCUS RECEIVABLES | NOT FILED UNSECURED | 0.00 | 0.00 | 0.00 | 0.00 |
| 102 | LINEBARGER GOGGAN BLAIR SAMPSON | NOT FILED UNSECURED | 0.00 | 0.00 | 0.00 | 0.00 |
| 103 | NEW CASTLE COUNTY/LAW | NOT FILED UNSECURED | 0.00 | 0.00 | 0.00 | 0.00 |